UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DEBORA C. PLAINTIFF

v. CIVIL ACTION NO. 3:22-CV-405-CRS

KILOLO KIJAKAZI, Acting Commissioner
of Social Security DEFENDANT

## ORDER

The Magistrate Judge has filed her report, and no objections thereto have been filed. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation DN 21) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate Judgment will be entered this date affirming the denial of disability insurance benefits to this plaintiff.

**IT IS SO ORDERED.**

July 27, 2023

Charles R. Simpson III, Senior Judge
United States District Court